**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0689n.06
Filed: September 24, 2007

**NO. 07-1016**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| GARY WIRT, et al., | ) | |
| | ) | |
| *Plaintiffs-Appellants,* | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR |
| v. | ) | THE EASTERN DISTRICT OF |
| | ) | MICHIGAN |
| TICONA POLYMERS, INC., et al., | ) | |
| | ) | |
| *Defendants-Appellees.* | ) | |

Before: CLAY and GIBBONS, Circuit Judges; and HOOD, Chief District Judge.*

PER CURIAM. Plaintiffs Gary Wirt and Quantum Technologies, Inc., appeal the decision of the district court dismissing their breach of contract claims against Defendant Ticona Polymers, Inc., and its predecessor-in-interest, Celanese Corporation. Having reviewed the record and the applicable law and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and **AFFIRM** the district court's decision for the reasons stated in that court's opinion.

---

*The Honorable Joseph M. Hood, Chief United States District Judge for the Eastern District of Kentucky, sitting by designation.